| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| ROBERTSON, ANSCHUTZ & SCHNEID, P.L. 6409 Congress Ave., Suite 100 Boca Raton, FL 33487 Telephone: 561-241-6901 Attorneys For Secured Creditor | Case No.: 12-31490-SLM <br> **Order Filed on November 14, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey** <br> Chapter 7 <br> Judge: Stacey L. Meisel |
| **Justin D. Plean, Esq. (JP-5835)** | |
| **In Re:** <br><br> Carl W. Nelson, <br><br> Debtor. | |

### ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page, number (2), is hereby **ORDERED.**


**DATED: November 14, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Page 2**

Debtor: Carl W. Nelson
Case No.: 12-31490-SLM
Caption of Order: **Order Directing Redaction of Personal Information**

_____

The court having reviewed the Application Requesting Redaction of Personal Information filed

in this case by PNC Bank NA, and regarding the following documents:

1.  Motion for Relief, filed on October 05, 2012, as document 10 on the Docket.

ORDERED that the above document(s) be immediately restricted from view on the Court's

public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document

must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day

after its entry.